**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, | CIVIL ACTION NO. 3:CV-11-2139 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| SUSAN BOYARSKI, JEFFREY KEHLER, and JEFFREY TURSE, | |
| Defendants. | |

## ORDER

**NOW**, this 5th day of October, 2012, **IT IS HEREBY ORDERED** that West American Insurance Company's Motion for Entry of Default Judgment as to Defendants Susan Boyarski and Jeffrey Kehler (Doc. 16) is **DENIED without prejudice**. West American Insurance Company may reassert the motion after the claims in this action have been resolved against the non-defaulting Defendant.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge